**No. P67/42.**—Simon International Corp *v.* United States, protest 61/21565 (New York).

**No. P67/43.**—Simon International Corp. et al. *v.* United States, protests 62/17795, etc. (New York).

Rao, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rush bags similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiffs was sustained.